IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| EZEKIEL TAMBA, | § | |
| | § | No. 220, 2023 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 2201002905(N) |
| | § | |
| Appellee. | § | |

Submitted: February 28, 2024
Decided: April 12, 2024

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## <u>ORDER</u>

This 12th day of April, 2024, after careful consideration of the parties' briefs and the record below, and following oral argument, we hold that the Superior Court did not abuse its discretion in admitting the evidence challenged on appeal. We therefore affirm on the basis of the Superior Court's pertinent rulings from the bench.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice